```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

KAREN BURNETTE,                }
                               }
    Plaintiff,                 }
                               }      CIVIL ACTION NO.
v.                             }      04-AR-2251-S
                               }
G.F. GOODMAN & SON, INC.,      }
                               }
    Defendant.                 }

### ORDER

Pursuant to the joint stipulation of dismissal filed on August 1, 2005, by plaintiff, and defendant, the above-entitled action is hereby DISMISSED WITH PREJUDICE.

The parties shall bear their own respective costs.

DONE this 1st day of August, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE